

**Warren T. Burns**
wburns@burnscharest.com

August 17, 2015

Hon. Esther Salas
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re:   *In re Vehicle Carrier Services Antitrust Litigation*, Master Docket No. 13-3306 (MDL No. 2471)

Dear Judge Salas:

We write on behalf of the End-Payor Plaintiffs, Automobile Dealer Plaintiffs, Truck and Equipment Dealer Plaintiffs (collectively, "Indirect Purchaser Plaintiffs"), and Defendants Mitsui O.S.K. Lines, Ltd., Mitsui O.S.K. Bulk Shipping (USA), Inc., World Logistics Services USA, Inc., Nissan Motor Car Carrier Co. Ltd. (collectively, "M.O.L.").

The parties are pleased to advise the Court that they have reached a settlement agreement. The settlement agreement will resolve all claims brought by Indirect Purchaser Plaintiffs against M.O.L. The parties have memorialized their agreement in a Memorandum of Understanding. The Memorandum is subject only to M.O.L. Board of Directors' approval, which the parties anticipate will occur on September 30, 2015. Accordingly, the parties request that the Court stay all proceedings as they relate to M.O.L.

At this time, the parties have agreed to keep the amount of the settlement payment confidential. However, the parties are willing to disclose the amount to the Court *in camera* if the Court desires.

After the parties negotiate and execute a long-form settlement agreement, the Indirect Purchaser Plaintiffs promptly will bring a motion for preliminary approval.

Best regards,

BURNS CHAREST LLP

_____
Warren T. Burns, Partner

Warren T. Burns
Daniel H. Charest
William Thompson
**BURNS CHAREST LLP**
500 North Akard, Suite 2810
Dallas, Texas 75201
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com
wthompson@burnscharest.com

Korey A. Nelson
Elizabeth A. Roché
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845
Facsimile: 504-881-1765
knelson@burnscharest.com
eroche@burnscharest.com

Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@robinskaplan.com
bpersky@robinskaplan.com
wvreiss@robinskaplan.com

Joseph W. Cotchett
Steven N. Williams
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Proposed Interim Co-Lead Counsel for End-Payor Plaintiff*

James E. Cecchi
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Proposed Interim Liaison Counsel for End-Payor Plaintiffs*

Jonathan W. Cuneo
Joel Davidow
Katherine Van Dyck
Daniel Cohen
**CUNEO GILBERT & LADUCA, LLP**
507 C Street NE
Washington, D.C. 20002
Telephone: (202) 789-3960 jcuneo@cuneolaw.com
joel@cuneolaw.com
kvandyck@cuneolaw.com
danielc@cuneolaw.com

Benjamin D. Elga
**CUNEO GILBERT & LADUCA, LLP**
16 Court Street, Suite 1012
Brooklyn, NY 11241
Telephone: (202) 789-3960
belga@cuneolaw.com

Don Barrett
David McMullan
Brian Herrington
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON • KING, LLP**
2800 Wells Fargo Place 30 East
Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

*Automobile Dealer Interim Co-Lead Counsel*

Peter S. Pearlman
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 Plaza West One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
Telephone:(201) 845-9600 psp@njlawfirm.com

*Automobile Dealer Liaison Counsel*

Valerie Nettles
**LOVELACE & ASSOCIATES, P.A.**
12870 US Hwy 98 West, Suite 200
Miramar Beach, Florida 32250
Telephone: (850) 837-6020
dml@lovelacelaw.com
alex@lovelacelaw.com

Gerard V. Mantese
David Hansma
Brendan Frey
**MANTESE HONIGMAN ROSSMAN & WILLIAMSON, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com

Ben F. Pierce Gore
**PRATT & ASSOCIATES**
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone: (408) 369-0800
gore@prattattorneys.com

*Additional Automobile Dealer Counsel*

Eric R. Breslin
**DUANE MORRIS LLP**
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, New Jersey 07102
Telephone: (973) 424-2063
erbreslin@duanemorris.com

Wayne A. Mack
J. Manly Parks
Andrew Sperl
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, Pennsylvania 19103
wamack@duanemorris.com
jmparks@duanemorris.com
arsperl@duanemorris.com

*Truck and Equipment Dealer Plaintiff Counsel*